| | |
|---|---|
| **WAYNE MORELLO** on behalf of himself and all others similarly situated, | : **UNITED STATES DISTRICT COURT** |
| | :   **DISTRICT OF NEW JERSEY** |
| Plaintiff, | : |
| | :   Civil Action No. 19-5935 (FLW) |
| v. | : |
| | :   **ORDER** |
| **AR RESOURCES, INC. et.al.,** | : |
| | : |
| Defendants. | |

**THIS MATTER** having come before the Court for an initial scheduling conference pursuant to Rule 16 of the Federal Rules of Civil Procedure on June 6, 2019; and the Court having conferred with counsel concerning the matters in dispute herein; and it appearing that such matters are substantially the same as those in one or more other cases pending in this District; and good cause appearing for the entry of this Order:

**IT IS on this  10th   day of   June, 2019**

**ORDERED THAT** this action is hereby stayed pending resolution of the appeal being pursued in the matter of <u>Cadillo v Stoneleigh Recovery Assoc.</u>, Civil Action No. 17-7472 (SDW); and it is

**FURTHER ORDERED THAT** the Clerk shall administratively terminate this action from theCourt's active docket, subject to reinstatement upon the written request of any party; and it is

**FURTHER ORDERED THAT t**he Court will conduct a telephone status conference **on December 3, 2019 at 3:30PM.**   Counsel for Plaintiff is directed to initiate the call to (609) 989-2144.

    s/ Douglas E. Arpert
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**